# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LYDIA GUIDRY** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 20-2907** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "H"(5)** |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is **DENIED**, that Defendant's motion for summary judgment is **GRANTED**, and that Plaintiff's suit is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of July, 2022.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE